IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GRANGE INDEMNITY INSURANCE COMPANY,** | : | No. 3:23cv345 |
| **Plaintiff** | : | (Judge Munley) |
| v. | : | |
| **CONCRETE PRODUCTION TECHNOLOGIES, INC. D/B/A CONCRETE PRODUCTION TECHNOLOGIES and JAMES ERIC SCHALL,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 26th day of September 2024, it is hereby **ORDERED** as follows:

1) Defendants' motion to dismiss the original complaint (Doc. 9) is **DENIED** as moot;

2) Plaintiff's motion for judgment on the pleadings (Doc. 16) is **DENIED**; and

3) The motion to intervene filed by the Estate of Louis Walkowiak (Doc. 20) is hereby **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court